UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

|  |  |  |
|---|---|---|
| WILLIAM T. PITTMAN | ) | |
| | ) | |
| v. | ) | NO. 3:11-1111 |
| | ) | JUDGE CAMPBELL |
| ROBERTSON COUNTY SHERIFF'S DEPARTMENT | ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/30/2012.

     KEITH THROCKMORTON, CLERK
     s/Elaine J. Hawkins, Deputy Clerk